UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
CONDÉ NAST PUBLICATIONS,

                       Plaintiff,

— against —

CBK STYLES, INC.,

                       Defendant.

Civ. No. 08 CV 4867
(PKC) (JCF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

MICHAEL CARABALLO, being duly sworn, deposes and states:

1. That I am over the age of eighteen years; reside in the Bronx, New York, and am not a party to this action.

2. That I served true and complete copies of the **Notice of Removal**, dated May 27, 2008, with annexed documents, the **Rule 7.1 Statement**, and **Civil Cover Sheet** in this action upon:

    Samuel Grafton, Esq.
    Popper & Grafton
    225 West 34th Street
    Suite 1609
    New York, NY 10122-1600

3. That such service was made on May 28, 2008, at 9:40 a.m., at the above address, by personally delivering said documents to a person at the above address who identified himself to me as Samuel Grafton and accepted such documents. Mr. Grafton is a Caucasian male, approximately 50 years old, with brown hair.

4. Mr. Grafton signed a receipt for said documents, a copy of which receipt is annexed hereto.

                                                     _____
                                                     MICHAEL CARABALLO

Sworn to before me this
28th day of May 2008

_____
NOTARY PUBLIC

ALEXANDER TRIPP
Notary Public, State of New York
No. 02TR6019804
Qualified in Putnam County
My Commission Expires 2011

# RECEIPT

I hereby acknowledge receipt of the following documents in the matter of <u>Advance Magazine Publishers Inc. d/b/a Condé Nast Publications v. CBK Styles, Inc.</u>:

(1) Notice of Removal, dated May 27, 2008, with attached documents,
(2) Rule 7.1 Statement and
(3) Civil Cover Sheet.

Dated: New York, New York
       May 28, 2007

Samuel Grafton