USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
CONDÉ NAST PUBLICATIONS,
                      Plaintiff,

— against —

CBK STYLES, INC.,
                      Defendant.

Civ. No. 08 CV 4867
(PKC) (JCF)

**STIPULATION**

WHEREAS plaintiff, Advance Magazine Publishers Inc. d/b/a Condé Nast Publications ("Conde Nast"), commenced an action against defendant CBK Styles, Inc. ("CBK"), in the Supreme Court of New York, County of New York, on April 23, 2008, by filing a Summons and Verified Complaint (the "Complaint"), which action was removed to the Southern District of New York on May 27, 2008;

WHEREAS the parties are conducting settlement discussions and wish to continue to do so prior to defendant's response to the Complaint,

WHEREAS defendant's time to respond to the Complaint has not yet expired and no prior application to extend the time within which to respond to the Compliant has been made or granted;

It is hereby stipulated and agreed between the undersigned that:

Defendant CBK shall serve its response to the Verified Complaint of plaintiff Conde Nast in this action on or before June 27, 2008.

Fax signatures on this Stipulation may be deemed originals.

Dated: New York, New York
May 28, 2008

Popper & Grafton

By: _____
Samuel Grafton
*Attorneys for Plaintiff Advance Magazine
Publishers Inc. d/b/a Condé Nast Publications*
225 West 34th St., Suite 1609
New York, New York 10122
Tel. 212 290-2630
Fax. 212 290-2633

Eaton & Van Winkle LLP

By: _____
Alexander Tripp
*Attorneys for Defendant CBK Styles, Inc.*
3 Park Avenue
New York, New York 10016
Tel. 212 779-9910
Fax. 212 779-9928

SO ORDERED: _____, USDJ

5-29-08

2