```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a
CONDÉ NAST PUBLICATIONS,

                      Plaintiff,

— against —

CBK STYLES, INC.,

                      Defendant.

Civ. No.08 CV 4867
(PKC) (JCF)

**STIPULATION**

     WHEREAS plaintiff, Advance Magazine Publishers Inc. d/b/a Condé Nast Publications ("Conde Nast"), commenced an action against defendant CBK Styles, Inc. ("CBK"), in the Supreme Court of New York, County of New York, on April 23, 2008, by filing a Summons and Verified Complaint (the "Complaint"), which action was removed to the Southern District of New York on May 27, 2008;

     WHEREAS parties stipulated on May 28, 2008 to extend defendant's time to respond to the Complaint to June 27, 2008, which Stipulation was So Ordered by the Court on May 29, 2008;

     WHEREAS the parties wish to continue their settlement discussions prior to defendant's response to the Complaint,

     It is hereby stipulated and agreed between the undersigned that:

     Defendant CBK shall serve its response to the Verified Complaint of plaintiff Conde Nast in this action on or before July 16, 2008.

06/18/2008 17:16  12127799928  EATON VAN WINKLE LLP  PAGE 04/04
06/18/08 WED 16:04 FAX 12122802392  Station 11  ⌧005
06/18/2008 15:49  12127799928  EATON VAN WINKLE LLP  PAGE 03

Case 1:08-cv-04867-PKC   Document 6   Filed 06/19/2008   Page 2 of 2

Fax signatures on this Stipulation may be deemed originals.

Dated: New York, New York
June 18, 2008

Popper & Grafton

By: *[signature]*
Samuel Grafton
*Attorneys for Plaintiff Advance Magazine Publishers Inc. d/b/a Condé Nast Publications*
225 West 34th St., Suite 1609
New York, New York 10122
Tel. 212 290-2630
Fax. 212 290-2633

Eaton & Van Winkle LLP

By: *[signature]*
Alexander Tripp
*Attorneys for Defendant CBK Styles, Inc.*
3 Park Avenue
New York, New York 10016
Tel. 212 779-9910
Fax. 212 779-9928

SO ORDERED: *[signature]* 6-19-08
_____
U.S.D.J.

2