**POPPER & GRAFTON**
ATTORNEYS AT LAW
225 WEST 34TH STREET, STE. 1609
NEW YORK, NEW YORK 10122-1600
TEL: (212) 290-2630
FAX: (212) 290-2633

SAMUEL R. GRAFTON

JOY R. GRAFTON

ANDREW A. BOKSER
OF COUNSEL

WILLIAM I. POPPER
DECEASED (1917-2003)

NEW JERSEY
JOY R. GRAFTON
10 LYNNWOOD ROAD
EDISON, NJ 08820

**MEMO ENDORSED**

VIA FAX

July 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

Honorable P. Kevin Castel
UNITED STATES COURTHOUSE
500 Pearl Street, Room 2260
New York, NY 10007

Re: Advance Magazine Publishers Inc.
    d/b/a Condé Nast Publications
Vs: C B K Styles, Inc. (Coastal Group)
    Case No. 08 CV 4867

Dear Judge Castel:

We represent Plaintiff Condé Nast in the above captioned matter which was removed from the Supreme Court, New York County, on May 27, 2008.

As per Andrew Bokser's conversation with Chambers, I am submitting a written request to adjourn the above-captioned pre-trial conference scheduled for July 18, 2008 until September 4, 2008. **OK** We are also asking for the Defendant's extension of time to answer the complaint and the deadline for the Court's directing counsel to submit a joint **OK** letter with respect to the issues and defenses to be adjourned for a similar period. This request is made with consent of Defendant's counsel. This matter has been adjourned twice before on consent of the parties.

The reason for the request is as indicated in Alexander Tripp, Esq.'s letter to Your Honor on June 18, 2008 the parties are continuing in their settlement negotiations and are in fact moving forward.

The additional time requested herein takes into account the settlement negotiations as well as prescheduled summer vacation plans of counsel and the party, and will not prejudice either party by its delay. This request will not affect the parties obligations in connection with the initial pre-trial conference including submission of the joint letter as well as the proposed case management plan. Thank you for your consideration in this matter.

Respectfully submitted,

POPPER & GRAFTON

SAMUEL R. GRAFTON

AAB/SRG/pjs

cc: Alexander Tripp, Esq.
    EATON & VAN WINKLE LLP
    Via Fax

clientah\condenast advance:corresp0607-1 203

*The conference is adjourned to September 4, 2008 at 10:00 am.*

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

July ___, 2008