UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC., d/b/a CONDE NAST PUBLICATIONS<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>CBK STYLES, INC.,<br><br>　　　　　　　　　　　Defendant. | Civ No. 06 CV 4867 (PKC)(JCF)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK　　）
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　Steven J. Lapriore Jr., being duly sworn, deposes and states:

　　　1.　　That I am over the age of eighteen years; reside in Port Jervis, New York, and am not a party to this action;

　　　2.　　That I served a true and complete copy of the **VERIFIED ANSWER**, dated September 2nd, 2008, in this action;

　　　3.　　That such service was made by faxing a copy of said document on September 2, 2008, at 4:45 p.m., to Samuel Grafton, Esq. of Popper & Grafton, attorneys for the plaintiff, at facsimile number (212) 290-2633.

　　　4.　　That, in addition, I served a copy of the above-referenced document by first-class mail upon plaintiff in this action by mailing said document to:

　　　　　　　　　　　Samuel Grafton, Esq.
　　　　　　　　　　　Popper & Grafton
　　　　　　　　225 West 34th Street, Suite 1609
　　　　　　　　　　　New York, NY 10122-1600

by sealing said document, properly addressed with first-class postage prepaid thereon, in a wrapper that I deposited in an official depository of the U.S. Postal Service within the City, County, and State of New York on September 2, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEVEN J. LAPRIORE JR.

Sworn to before me this
2nd day of September 2008.

_____
NOTARY PUBLIC
MICHAEL R KOT
Notary Public, State of New York
NO. 01K06182013
Qualified in New York County
Commission Expires 02/11/2012